**William H. GILARDY, Jr., Special Administrator of the Estate of David Lee Thompson; Frank W. Thompson; Dorie Thompson; and Kim M. Thompson, Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 84–2269.

United States Court of Appeals, Ninth Circuit.

June 15, 1987.

Luce, Forward, Hamilton & Scrip and Donald L. Salem, San Diego, Cal., for plaintiffs-appellants.

Richard K. Willard, Acting Asst. Atty. Gen., Honolulu, Hawaii, Phillip A. Berns, Atty., and Warren A. Schneider, Trial Atty., San Francisco, Cal., for defendant-appellee.

Before BROWNING, Chief Judge,
SNEED, HUG, TANG, SKOPIL,
SCHROEDER, FARRIS, NELSON,
NORRIS, BEEZER, and NOONAN,
Circuit Judges.

### ORDER

In light of the Supreme Court's decision
in *United States v. Johnson*, —— U.S. ——,
107 S.Ct. 2063, 95 L.Ed.2d 648 (1987), the
en banc panel assignment is withdrawn.
The case is returned to its original three-
judge panel for disposition.